**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 4/29/2020

## Christopher J. Bowes, Esq.

54 Cobblestone Drive  
Shoreham, NY 11786  
Tel (212) 979-7575  
Fax (631) 929-1700

April 29, 2020

**VIA ECF**  
Hon. Valerie E. Caproni  
United States District Court for the  
   Southern District of New York  
40 Foley Square  
New York, NY 10007

RE    Sepa v. Saul  
        19 CV 1658 (VEC)(KNF)

Dear Judge Caproni:

      I am counsel for the plaintiff in the above captioned action and write to request an extension of time to file Objections to the April 16, 2020 Report and Recommendation. See Docket # 25. Although the Report and Recommendation is dated April 16, 2020, it was not entered onto the Docket until April 17, 2020. Consequently, I believe that the time to file Objections expires on May 1, 2020.

      I seek additional time to complete plaintiff's Objections on account of significant workload delays caused by COVID 19. The pace of my work has been significantly altered as I account for personal family needs and work-at-home schedules. With the kind consent of opposing counsel, I respectfully request permission to file plaintiff's Objections by May 15, 2020.

      Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/Christopher J. Bowes*

Christopher J. Bowes, Esq.

cc:    AUSA Monika Crawford

Application GRANTED.  
SO ORDERED.

*[signature: Valerie Caproni]*   4/29/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE