UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN SEPA,

                     Plaintiff,                             19 **CIVIL** 1658 (VEC)

        -against-                                 **JUDGMENT**

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated July 20, 2020, the R&R is adopted in full. Plaintiff's motion for judgment on the pleadings is DENIED. Defendant's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
       July 20, 2020

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                          BY:
                                                                    **Deputy Clerk**